### BORGFELDT v. UNITED STATES.

(Circuit Court, S. D. New York. January 16, 1900.)

No. 2,666.

1. CUSTOMS DUTIES — CLASSIFICATION — TOYS — OPTICAL INSTRUMENTS—MAGIC LANTERNS.

Certain slightly made magic lanterns, not sufficiently substantial to be used by mature persons, but rather by children as toys, are dutiable as "toys," under paragraph 321, Schedule N, § 1, c. 349, Tariff Act Aug. 27, 1894, 28 Stat. 533, and not as "optical instruments," under paragraph 98, Schedule B, § 1, of said act (28 Stat. 514).

Appeal by the importers, George Borgfeldt & Co., from a decision of the Board of General Appraisers affirming the assessment of duty by the collector of customs on certain merchandise imported at the port of New York.

The merchandise in question consists of cheap magic lanterns, which were assessed for duty under the provision in paragraph 98, Schedule B, § 1, c. 349, Tariff Act Aug. 27, 1894, 28 Stat. 514, for "optical instruments." The importers contended that they were dutiable under the provision in paragraph 321, Schedule N, § 1, of said act (28 Stat. 533), for "toys * * * not specially provided for." The board made the finding that the articles are both toys and optical instruments, and held that "as paragraph 321 contains, and paragraph 98 does not contain, the clause 'not specially provided for in this act,' * * * the provision for 'optical instruments' under paragraph 98 is the more specific." The importers' contention was accordingly overruled.

Comstock & Brown, for importers.
Harry P. Disbecker, Asst. U. S. Atty.

WHEELER, District Judge. These are small, slightly made magic lanterns. They do not appear to be substantial enough to be considered optical instruments, for mature persons, under paragraph 98, Schedule B, § 1, c. 349, of the act of August 27, 1894 (28 Stat. 514), where they were assessed, but rather to be toys for children, under paragraph 321, Schedule N, § 1, c. 349 (28 Stat. 533).

Decision reversed.